Decided September 16, 2008

DAVID PAGE *v.* STATE MARSHAL COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 668 (AC 27578), is denied.

*Jerome William Paun*, in support of the petition.

*Matthew B. Beizer*, assistant attorney general, in opposition.

Decided September 16, 2008

DAVID H. PORTER *v.* MAUREEN MORRILL ET AL.

The petition by the defendants Maureen Morrill and RMM Consulting, LLC, for certification for appeal from the Appellate Court, 108 Conn. App. 652 (AC 27739), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*James P. Brennan*, in support of the petition.

*William C. Franklin*, in opposition.